## HENSCHEL *v.* HERBST.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*Paul Jones,* for appellant. *C. I. Champlain,* for respondent.

Order affirmed, with costs.

---

## KIRMISS *v.* W. DUKE'S SONS & CO.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*Leo T. Rosenblatt,* for appellant. *Jos. Kohler,* for respondent.

Judgment affirmed, with costs.

---

## ROSENBAUM *v.* SCHNITZLER.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*J. Kohler,* for appellant. *H. Meyer,* for respondent.

Judgment affirmed, with costs.

---

## FARLEY *v.* NORTON.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*Samuel Greenbaum,* for appellant. *E. P. Wilder,* for respondent.

Appeal dismissed, with costs.

---

## MCALLISTER *v.* CASE *et al.*

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*Wm. K. Hall,* for appellant. *B. Metzger* and *Martin & Smith,* for respondent.

Order affirmed, with costs.

---

## SHEA *v.* WEKERLE.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*Wm. K. Hall,* for appellant. *Max Altmayer,* for respondent.

Order reversed, with costs.

---

## POPPER *v.* PIERCY'S EX. CO., Limited.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*E. Grisser,* for appellant. *John V. B. Lewis,* for respondent.

Judgment affirmed, with costs.

---

## CHESTER *v.* MEYERS.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*A. W. Gleason,* for appellant. *Geo. W. Galinger,* for respondent.

Judgment reversed, new trial ordered, costs to abide the event.

---

## MCGREGOR *v.* RUSHWORTH.

*(Common Pleas of New York City and County, General Term.* May 17, 1888.)

*H. H. Schooley,* for appellant. *H. A. Braun,* for respondent.

Judgment affirmed, with costs.